# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Ticole Lindsay, et al.

                        Plaintiff,

v.                                                       Case No.: 1:16–cv–10859
                                                         Honorable Virginia M. Kendall

Dale Jeno, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 16, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. Settlement reached. Material terms of settlement placed on the record. The matter is set for a status hearing with the magistrate judge on 5/02/18 at 9:00 a.m. If prior to that date the parties file a stipulation to dismiss, we will strike the status hearing. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.