UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Ticole Lindsay, et al.
                       Plaintiff,

v.                                         Case No.: 1:16−cv−10859
                                                      Honorable Virginia M. Kendall

Dale Jeno, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 19, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. The parties have settled the case with the help of Magistrate Judge Schenkier. The case is dismissed without prejudice to become with prejudice on 5/4/2018. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.